Michael Paretti
Nevada Bar No. 13926
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: mparetti@swlaw.com

Attorneys for Defendant
Credit One Bank, N.A.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JACEY PACHA,<br><br>                Plaintiff,<br><br>vs.<br><br>CREDIT ONE BANK, N.A.,<br><br>                Defendant. | CASE NO.: 2:20-cv-00148-KJD-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff Jacey Pacha ("Plaintiff") and Defendant Credit One Bank, N.A. ("Credit One") (collectively, the "Parties"), by and through their undersigned counsel, for good cause shown, hereby stipulate and agree to extend Credit One's deadline to respond to Plaintiff's Complaint [ECF No. 1] to March 6, 2020, for the following reasons:

1. Plaintiff served the Complaint and Summons on Credit One on January 31, 2020.

2. Credit One's Answer is currently due February 21, 2020.

3. Credit One requires additional time to investigate the allegations set forth in the Complaint and to prepare the appropriate response.

4. On February 14, 2020, counsel for Plaintiff agreed to the extension requested herein.

5. This extension request is sought in good faith and is not made for the purpose of delay.

Therefore, the Parties respectfully request an extension for Credit One to respond to Plaintiff's Complaint to and including March 6, 2020.

| DATED: February 17, 2020 | DATED: February 17, 2020 |
|---|---|
| PRICE LAW GROUP, APC | SNELL & WILMER L.L.P. |
| By: */s/ Steven A. Alpert*<br>Steven A. Alpert<br>Nevada Bar No. 8353<br>5940 S. Rainbow Blvd., Suite 3014<br>Las Vegas, Nevada 89118<br><br>*Attorneys for Plaintiff Jacey Pacha* | By: */s/ Michael Paretti*<br>Michael Paretti<br>Nevada Bar No. 13926<br>3883 Howard Hughes Parkway<br>Suite 1100<br>Las Vegas, Nevada 89169<br><br>*Attorneys for Defendant Credit One Bank, N.A.* |

**ORDER**

**IT IS ORDERED** that Credit One shall respond to Plaintiff's Complaint on or before March 6, 2020.

**IT IS SO ORDERED**

**DATED: February 18, 2020**

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

|   |   |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen |
| 3 | (18) years, and I am not a party to, nor interested in, this action.  On this date, I caused to be |
| 4 | served a true and correct copy of the foregoing **STIPULATION AND ORDER FOR** |
| 5 | **EXTENSION TO RESPOND TO COMPLAINT** by the method indicated: |
| 6 | ☒ **BY ELECTRONIC SUBMISSION:** submitted to the above-entitled Court for electronic filing and service upon the Court's Service List for the above-referenced case. |

DATED this 17th day of February, 2020.

*/s/ Maricris Williams*
An Employee of Snell & Wilmer L.L.P.

4845-3700-5748.1