**Price Law Group, APC**
5940 S. Rainbow Blvd., Suite 3014
Las Vegas Nevada, 89118
Phone: 702-794-2008
alpert@pricelawgroup.com

Steven A. Alpert, NV Bar #8353
*Attorneys for Plaintiff Jacey Pacha*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
# LAS VEGAS DIVISION

| | |
|---|---|
| JACEY PACHA,<br><br>   Plaintiff,<br><br>v.<br><br>CREDIT ONE BANK, N.A.<br><br>   Defendant. | Case No.: 2:20-cv-00148-KJD-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANT CREDIT ONE BANK, N.A.'S MOTION TO DISMISS AND COMPEL ARBITRATION** |

  Plaintiff Jacey Pacha ("Plaintiff") and Defendant Credit One Bank, N.A. ("Defendant", collectively the "Parties") hereby stipulate, through their respective undersigned counsel, that Plaintiff shall have a 7 day extension to file her response to Defendant's Motion to Compel Arbitration (Doc. 6) and to Dismiss (Doc. 7), given Plaintiff's representations to Defendant regarding the reasons for missing the deadlines.

  / / /

  / / /

  / / /

The Parties agree that Plaintiff should have up to and including March 27, 2020 to file a response to Defendant's Motion to Compel Arbitration and to Dismiss.

RESPECTFULLY SUBMITTED,

Dated: March 26, 2020

**Price Law Group, APC**

By:/s/Steven A. Alpert
Steven A. Alpert, NV Bar #8353
5940 S. Rainbow Blvd., Suite 3014
Las Vegas Nevada, 89118
Phone: 702-794-2008
alpert@pricelawgroup.com
*Attorneys for Plaintiff
Suzette Secondi*

Dated: March 26, 2020

**SNELL & WILMER L.L.P.**

By: */s/ Michael Paretti*
Michael Paretti, NV Bar #13926
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169
*Attorneys for Defendant Credit One Bank, N.A.*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

Dated: 4/2/2020