# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| Jacey Pacha,<br><br>Plaintiff,<br><br>v.<br><br>Credit One Bank, N.A.,<br><br>Defendant. | Case No. 2:20-cv-00148-KJD-BNW<br><br>**REPORT AND RECOMMENDATION** |

Presently before the Court is Plaintiff's motion to amend. (ECF No. 8.) Defendant, Credit One, opposed this motion (ECF No. 10), and Plaintiff replied (ECF No. 11).

Plaintiff's proposed amended complaint seeks to add Doe defendants 1-5. (*See* ECF No. 8-1.) This proposed amended complaint also continues to name Credit One as a defendant. (*See id.*) However, in subsequent filings, Plaintiff states that she stipulates to dismissing Credit One from this case. (*See, e.g.*, ECF No. 11 at 4; ECF No. 15 at 2, 4.) Accordingly, the Court will recommend that Plaintiff's amended complaint, which continues to name Credit One as a defendant, be denied without prejudice.

IT IS THEREFORE RECOMMENDED that Plaintiff's motion to amend (ECF No. 8) be DENIED without prejudice.

IT IS FURTHER RECOMMENDED that if Plaintiff wishes to file another motion to amend, she must do so by September 25, 2020.

# NOTICE

This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being

1  served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely
2  objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153,
3  1157 (9th Cir. 1991).

   DATED: August 31, 2020

   _____
   BRENDA WEKSLER
   UNITED STATES MAGISTRATE JUDGE